# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERALD WARLEDO, | ) |
| Petitioner, | ) ) ) |
| vs. | ) NO. CIV-22-0086-HE |
| SCOTT CROW, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Petitioner Gerald Warledo, a state prisoner appearing *pro se*, filed a petition for habeas relief under 28 U.S.C. § 2254 and a motion to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings. Judge Erwin issued a Report and Recommendation recommending that petitioner's motion to proceed IFP be denied and the matter be dismissed if the filing fee was not paid. Petitioner has now paid the full filing fee.

Accordingly, petitioner's Motion [Doc. #5] is **STRICKEN** as **MOOT**. This matter is re-referred to Judge Erwin for further proceedings.

**IT IS SO ORDERED**.

Dated this 21st day of March, 2022.

JOE HEATON
UNITED STATES DISTRICT JUDGE